UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MORET, | No. 2:06-cv-1954-MCE-KJM |
|      Plaintiff, | |
|   v. | **NON-RELATED CASE ORDER** |
| MERCK & COMPANY, INC.; MCKESSON CORPORATION, | |
|      Defendants. _____/ | |
| RUTH BEATTY, | No. 2:06-cv-1845-LKK-GGH |
|      Plaintiff, | |
|   v. | |
| MERCK & CO., INC. and MCKESSON CORPORATION, | |
|      Defendants. _____/ | |
| LINDA CHAMBERLAIN, | No. 2:06-cv-1973-LKK-GGH |
|      Plaintiff, | |
|   v. | |
| MERCK & CO., INC. and MCKESSON CORPORATION, | |
|      Defendants. _____/ | |

```
 1  KAP SOOK CHOI,                        No. 2:06-cv-1977-WBS-DAD
 2            Plaintiff,
 3        v.
 4  MERCK & CO., INC. and
    MCKESSON CORPORATION,
 5
              Defendants.
 6  _____/
 7  MARY GROVE,                           No. 2:06-cv-1941-WBS-KJM
 8            Plaintiff,
 9        v.
10  MERCK & CO., INC. and
    MCKESSON CORPORATION,
11
              Defendants.
12  _____/
13  WITOLD KOLANKOWSKI,                   No. 2:06-cv-1978-GEB-GGH
14            Plaintiff,
15        v.
16  MERCK & CO., INC. and
    MCKESSON CORPORATION,
17
              Defendants.
18  _____/
19  MAXIMO RIVERA,                        No. 2:06-cv-1957-DFL-GGH
20            Plaintiff,
21        v.
22  MERCK & CO., INC. and
    MCKESSON CORPORATION,
23
              Defendants.
24  _____/
25  ///
26  ///
27  ///
28  ///
```

1    The Court has received the Notice of Related Cases
2 concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-
3 123, E.D. Cal. (1997).  The Court has determined, however, that
4 it is inappropriate to relate or reassign the cases, and
5 therefore declines to do so.
6    This Order is issued for informational purposes only, and
7 shall have no effect on the status of the cases, including any
8 previous Related (or Non-Related) Case Order of this Court.
9    IT IS SO ORDERED.
10 DATE: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE