IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
WITOLD KOLANKOWSKI,            )
                               )       2:06-cv-1978-GEB-GGH
              Plaintiff,       )
                               )
     v.                        )       ORDER
                               )
MERCK & COMPANY, INC., et al., )
                               )
              Defendants.      )
                               )
```

Since it appears likely that this action will be transferred to In re VIOXX Products Liability Litigation, Multidistrict Litigation Proceeding No. 1657 in the Eastern District of Louisiana ("MDL-1657"), in the interest of judicial economy, the pending motions are deemed withdrawn and all hearings on the motions vacated, with the understanding that the motions could be re-noticed for hearing in this Court if the action is not transferred to MDL-1657, or could be noticed in front of the judge assigned to MDL-1657 after the action is transferred.

Upon entry of this Order, further proceedings in this action are stayed pending a decision on whether this action will be transferred to MDL-1657, except Defendant Merck & Company, Inc.

1

("Defendant") shall file a status report no later than March 26, 2007, in which it explains the status of its effort to transfer this action to MDL-1657.

Since Defendant failed to file a status report by January 16, 2007, as required by this Court's November 2, 2006 Status Order (Nov. 2 Status Order, at 2), if Defendant fails to file a status report by the above-stated deadline, Defendant is required to show cause in a filing also due by March 26, 2007, why sanctions should not be imposed for that failure.[1]

IT IS SO ORDERED.

Dated:  January 26, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] If Defendant elects to explain why sanctions should not be imposed, it shall state in its written response whether a hearing is requested on the sanctions issue. An Order to Show Cause is not issued at this time since the judge's docket is congested. It should be obvious, however, that Defendant and its counsel are expected to meet filing deadlines, and could be subject to sanctions when deadlines are missed.

2